723 A.2d 183

**Randall A. CHARLES, Respondent,**

**v.**

**Richard STEHLIK, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 9, 1999.

Melanie Shannon Rothey, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 9th day of February, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the trial court erred in awarding primary physical custody of the child to the respondent (stepfather).